x:/ats52439Adoption

ROGER P. McTIERNAN, JR (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
----------------------------------------------------------------------X
MIGUEL TORRES,

                                  Plaintiff,

     -against-

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, ET AL,

                                Defendants.
----------------------------------------------------------------------X

NOTICE OF ADOPTION

07CV04519

      PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

      WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       May 16, 2008

                                                    _____
                                                   ROGER P. McTIERNAN, JR. (RPM 1680)
                                                   BARRY, McTIERNAN & MOORE
                                                   Attorneys for Defendant
                                                   ANN TAYLOR STORES CORPORATION
                                                   2 Rector Street – 14th Floor
                                                   New York, New York 10006
                                                   (212) 313-3600

TO:
     WORBY GRONER EDELMAN & NAPOLI BERN, LLP
     Attorneys for Plaintiff
     115 Broadway, 12th Floor
     New York, New York 10006
     212-267-3700