Ida A. Caputo (IC-9208)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                 21 MC 102 (AKH)

_____X

MIGUEL TORRES

                                                   **NOTICE OF**
                 V.                                **ADOPTION**

ALAN KASMAN DBA KASCO, ET. AL.                     CASE NUMBER: (AKH)
                                                   07 CV 04519

_____X

PLEASE TAKE NOTICE THAT Defendants RBC Dain Rauscher Inc. (f/k/a Tucker Anthony, Inc. and hereafter "RBC Dain"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt RBC Dain's Answer to Master Complaint, dated January 23, 2008, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant RBC Dain demands judgment dismissing the above captioned action, together with their cost and disbursements.

Dated: New York, New York
        May  23  2008

                          Faust, Goetz, Schenker & Blee, LLP

                          _____
                          By: Ida A. Caputo (IC-9208)
                          Attorneys for the Brookfield Parties
                          Two Rector Street, 20th Floor
                          New York, NY 10006
                          (212) 363-6900