Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

MIGUEL TORRES                                            Index No.: 07-CV-04519

                                    Plaintiff(s),       **NOTICE OF ADOPTION OF ANSWER
                                                        TO MASTER COMPLAINT**

        -against-                                        **ELECTRONICALLY FILED**

ABATEMENT PROFESSIONALS, *et al.*,

                                    Defendant(s).
-------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY

MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER,

P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-

Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby

adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of

*In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY

MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-

captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       September 16, 2008

                      Yours etc.,

                      McGIVNEY & KLUGER, P.C.
                      Attorneys for Defendant
                      RY MANAGEMENT CO., INC., i/s/h/a RY
                      MANAGEMENT (hereinafter referred to as "RY"),

                      By:                          
                        Richard E. Leff (RL-2123)
                        80 Broad Street, 23rd Floor
                        New York, New York 10004
                        (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
           Plaintiffs Liaison
           In Re Lower Manhattan Disaster Site
           Litigation
           115 Broadway, 12th Floor
           New York, New York 10006
           (212) 267-3700

           All Defense Counsel